**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**MEMPHIS  DIVISION**


UNITED STATES OF AMERICA,

   Plaintiff,

vs.

            Case No.  2:09cr20314-1-RHC

MICHAEL LUSK,

   Defendant,

_____

**ORDER GRANTING MOTION AND ORDERING**
**REFUND OF CASH APPEARANCE BOND**
_____

   This matter comes before the Court on a motion for refund of the cash appearance bond.

It now appears that the defendant has complied with the requirements of said bond and orders of

this Court.

   IT IS THEREFORE **ORDERED** that the appearance bond for this defendant be canceled

and discharged; and, the Clerk is directed to issue a check on the Registry in the sum of

$ 5,000.00 ,   payable to   Sherrie Johnson  at the address on file with the court.

 in full refund of the cash appearance bond posted herein.

           S/Robert H. Cleland_____
          ROBERT H. CLELAND
          UNITED STATE DISTRICT JUDGE

Approved.
Thomas M. Gould, Clerk of Court

BY: s/ Sandra McClain
  Deputy Clerk

Date: May 9, 2013